IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EGGS 'N THINGS INTERNATIONAL HOLDINGS PTE, LTD.; EGGS 'N THINGS JAPAN, K.K.; KOUTA MATSUDA, <br><br>         Petitioners, <br><br> vs. <br><br> ENT HOLDINGS, LLC., <br><br>         Respondent. | CIVIL 11-00626-LEK-KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 20, 2012, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on March 21, 2012 by First Class Mail to those parties of record who are not registered participants of CM/ECF, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION REGARDING AWARD OF ATTORNEYS' FEES AND COSTS," docket entry no. 69, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 11, 2012.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**EGGS 'N THINGS INTERNATIONAL HOLDINGS PTE, LTD., ET AL. V. ENT HOLDINGS LLC; CIVIL NO. 11-00626 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**